**Loretta SCOTT, Plaintiff/Appellant,**

v.

**Steven J. LAUX et al., Respondent.**

### No. ED 101682

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO*.

Filed: March 10, 2015

Guy N. Brandt, Steven M. Cohen, Michael J. Sewell, Berger, Cohen & Brandt, L.C., 8000 Maryland Avenue, Suite 1550, Clayton, Missouri 63105, for Appellant.

Thomas J. Plunkert, Leritz, Plunkert & Bruning, 555 Washington Avenue, Suite 600, St. Louis, Missouri 63101, David T. McDowell, Jarett E. Ganer, Edison, McDowell & Hetherington, LP, 3200 SW Freeway, Suite 2100, Houston, TX 77027, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

### PER CURIAM

Loretta Scott (Plaintiff) appeals the Circuit Court of St. Louis County's order and final judgment dismissing, with prejudice, her claims against Hartford Life and Annuity Insurance Company (Defendant). On appeal, Plaintiff asserts that the circuit court erred by granting Defendant's motion to dismiss for failure to state a claim upon which relief can be granted because: (1) Plaintiff pleaded that § 376.590(2) establishes a principal-agent relationship between Defendant and the brokers and (2) Plaintiff pleaded adequate facts to support her claims for declaratory judgment and money had and received. Plaintiff also asserts that the circuit court abused its discretion by denying her leave to amend the pleadings. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).